IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JTS CAPITAL 4 LLC,**<br>Plaintiff,<br><br>v.<br><br>**NORTHWEST BANK f/k/a NORTHWEST SAVINGS BANK,**<br>Defendant. | No. 1:25-cv-00132-CB |

## STIPULATION OF PARTIAL DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by the parties Plaintiff JTS Capital 4 LLC and Defendant Northwest Bank f/k/a Northwest Savings Bank, by and through undersigned counsel, that Plaintiff's claims stated in this action for an award of attorney's fees and/or any costs of suit not taxable pursuant to 28 U.S.C. § 1920, including as stated in paragraph 52 and sections A and C of the Prayer for Relief of the Complaint, are dismissed without prejudice , and without costs or attorney's fees to any party, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff's other claims as stated in the Complaint against Defendant Northwest Bank f/k/a Northwest Savings Bank shall remain pending.

Dated: July 11, 2025     Respectfully submitted,

By:

*/s/ Justin A. Markota*
Justin A Markota, Esq. (OH I.D. 0092182)
ROETZEL & ANDRESS, LPA
6550 Seville Drive
Canfield, OH 44406
Telephone: (330) 553-6195
Facsimile: (330) 553-6198
Email: jmarkota@ralaw.com

John J. Rutter, Esq. (*pro hac vice forthcoming*)
ROETZEL & ANDRESS, LPA
222 South Main Street
Akron, OH 44308
Telephone: (330) 376-2700
Facsimile: (330) 376-4577
Email: jrutter@ralaw.com

*Counsel for Plaintiff, JTS Capital 4 LLC*

 /s/ McArdle Booker
Nicholas Poduslenko, Esq. (*pro hac vice forthcoming*)
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
1500 Market Street, Suite 3400
Philadelphia, PA 19102
nicholas.poduslenko@obermayer.com
Phone: (215) 665-2356
Fax: (215) 665-3165

Brooke Newborn, Esq. (*pro hac vice forthcoming*)
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
Doylestown Commerce Center
2003 S. Easton Road, Suite 304
Doylestown, PA 18901
brooke.newborn@obermayer.com
Phone: (267) 742-3363
Fax: (267) 742-3363

D. McArdle Booker, Esq. (Pa. ID # 320890)
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
mcardle.booker@obermayer.com
Phone: (412) 556-2476
Fax: (412) 556-2476

*Counsel for Defendant Northwest Bank f/k/a Northwest Savings Bank*

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which I will then send a notification of such filing to all counsel of record.

Dated: July 11, 2025                    Respectfully submitted,

                                                             By: */s/ McArdle Booker*
                                                                      D. McArdle Booker, Esq.

                                                                      *Counsel for Northwest Bank f/k/a Northwest Savings Bank*