IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JTS CAPITAL 4 LLC,**<br>Plaintiff,<br><br>v.<br><br>**NORTHWEST BANK f/k/a NORTHWEST SAVINGS BANK,**<br>Defendant. | No. 1:25-cv-00132-CB |

## MOTION TO DISMISS

Defendant Northwest Bank f/k/a Northwest Savings Bank ("Northwest") by and through its undersigned counsel, respectfully moves this Court for entry of an order dismissing Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state claims against Northwest. The grounds in support of this Motion to Dismiss are set forth in Northwest's accompanying Memorandum in Support of Motion to Dismiss, which is incorporated by reference herein.

WHEREFORE, for the reasons stated herein, as well as the accompanying Memorandum in Support of Motion to Dismiss, Defendant Northwest Bank f/k/a Northwest Savings Bank respectfully moves this Honorable Court to dismiss Plaintiff's Complaint and provide such other relief as the Court deems just and proper.

Dated: July 11, 2025              Respectfully submitted,

                        By: */s/ McArdle Booker*
                            Nicholas Poduslenko, Esq. (*pro hac vice forthcoming*)
                            OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
                            1500 Market Street, Suite 3400
                            Philadelphia, PA 19102

nicholas.poduslenko@obermayer.com
Phone: (215) 665-2356
Fax: (215) 665-3165

Brooke Newborn, Esq. (*pro hac vice forthcoming*)
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
Doylestown Commerce Center
2003 S. Easton Road, Suite 304
Doylestown, PA 18901
brooke.newborn@obermayer.com
Phone: (267) 742-3363
Fax: (267) 742-3363

D. McArdle Booker, Esq. (Pa. ID # 320890)
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
mcardle.booker@obermayer.com
Phone: (412) 556-2476
Fax: (412) 556-2476

*Counsel for Northwest Bank f/k/a Northwest Savings Bank*

CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of July, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which I will then send a notification of such filing to all counsel of record.

Dated: July 11, 2025, 2025            Respectfully submitted,

                                               By: */s/ McArdle Booker*
                                                     D. McArdle Booker, Esq.

                                                     *Counsel for Northwest Bank f/k/a Northwest Savings Bank*