IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JTS CAPITAL 4 LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NORTHWEST BANK f/k/a NORTHWEST SAVINGS BANK,<br><br>　　　　　　Defendant. | No. 1:25-cv-00132-CB |

## CERTIFICATION

I, Nicholas Poduslenko, hereby certify that on June 30, 2025, I conferred with Plaintiff's counsel relating to the claims and matters set forth in Plaintiff's Complaint including the potential amendment of some or all of the claims. Despite both counsels' good faith efforts, counsel were not able to come to an agreement with the exception of Plaintiff agreeing to withdraw any claim for attorney's fees as set forth in its prayer for relief.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**OBERMAYER REBMANN**
　　　　　　　　　　　　　　　　　　**MAXWELL & HIPPEL LLP**

　　　　　　　　　　　　　　　　　　*/s/ Nicholas Poduslenko*
　　　　　　　　　　　　　　　　　　Nicholas Poduslenko, Esquire
　　　　　　　　　　　　　　　　　　Attorney Id. No. 51562
　　　　　　　　　　　　　　　　　　1500 Market Street, Ste. 3400 West
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　nicholas.poduslenko@obermayer.com
　　　　　　　　　　　　　　　　　　Phone: 215.665.3000

Dated: July 11, 2025