IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JTS CAPITAL 4 LLC,**<br>    Plaintiff,<br><br>          v.<br><br>**NORTHWEST BANK f/k/a NORTHWEST SAVINGS BANK,**<br>    Defendant. | No. 1:25-cv-00132-CB |

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Defendant Northwest Bank f/k/a Northwest Savings Bank's Motion to Dismiss pursuant to Rule 12(b)(6) for failure to state claims upon which relief may be granted and to dismiss Northwest Bank f/k/a Northwest Savings Bank as a party to this action, and any response thereto, the motion is hereby GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

                By the Court:

                _____
                Cathy Bissoon, J.