

# Pine Grove
### Ambulatory Surgical Center, LLC

To: All Pine Grove Ambulatory Surgery Center (PG ASC) owners / shareholders, medical staff members and staff

From: PG ASC Management Committee

Date: December 3, 2024

On November 12, 2024 the PG ASC received notice from Northwest Bank of mortgage / loan default for failure to make payments and provide required financial statements. On November 14, 2024, a meeting of the PG ASC Members and Management Committee was held and through unanimous vote, the decision was made to move forward with business dissolution. The PG ASC will cease operation at the end of the business day _December 19, 2024._

Northwest Bank will lead the business liquidation process and will name a representative shortly. At this time Cheryl Morici will assist in closing the business.

The decision to close the PG ASC was very difficult to make but was done out of necessity.

Thank you.