| | |
|---|---|
| NORTHWEST BANK, | ) IN THE COURT OF COMMON PLEAS OF |
| Plaintiff, | ) WARREN COUNTY, PENNSYLVANIA |
| v. | ) CIVIL ACTION – LAW |
| PINE GROVE AMBULATORY SURGICAL CENTER, LLC, | ) |
| Defendant. | ) NO. 535- 2024 |

TO THE ABOVE DEFENDANT:

YOU ARE HEREBY NOTIFIED as required by law that a judgment has been entered against you in the amount of $1,327,136.85, plus interest at the contractual rate of 3% through November 30, 2024 and the contractual default rate of 6.0% per year from and after December 1, 2024, and costs at the above term and number on __12-9-24__, 2024. You will find enclosed copies of all documents filed in this office in support of the Confession of Judgment.

CLERK OF RECORDS
PROTHONOTARY DIVISION

By_Jennifer C. Phillips_
Deputy Clerk

If you have any questions regarding this Notice, please contact the filing party:

Name:     Nicholas R. Pagliari, Esquire
Address:  MacDonald, Illig, Jones & Britton LLP
          100 State Street, Suite 700
          Erie, Pennsylvania 16507-1459
Tel. No.: (814) 870-7754

(This Notice is given in accordance with Pa.R.C.P. 236.)

RECEIVED
DEC 11 2024
Warren County
Sheriff's Office
Warren, PA

| | |
|---|---|
| NORTHWEST BANK, | ) IN THE COURT OF COMMON PLEAS OF |
| | ) WARREN COUNTY, PENNSYLVANIA |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION – LAW |
| | ) |
| PINE GROVE AMBULATORY | ) |
| SURGICAL CENTER, LLC, | ) |
| | ) |
| Defendant. | ) NO. 536 |

TO THE ABOVE DEFENDANT:

YOU ARE HEREBY NOTIFIED as required by law that a judgment has been entered against you in the amount of $183,113.18, plus interest at interest at the contractual rate of 3.75% through November 30, 2024, plus interest at the contractual default rate of 6.75% per year from and after December 1, 2024, and costs at the above term and number on __12-9-24__, 2024. You will find enclosed copies of all documents filed in this office in support of the Confession of Judgment.

CLERK OF RECORDS
PROTHONOTARY DIVISION

By _____
(Deputy Clerk)

If you have any questions regarding this Notice, please contact the filing party:

Name:      Nicholas R. Pagliari, Esquire
Address:   MacDonald, Illig, Jones & Britton LLP
           100 State Street, Suite 700
           Erie, Pennsylvania 16507-1459
Tel. No.:  (814) 870-7754

(This Notice is given in accordance with Pa.R.C.P. 236.)