# **EXHIBIT C-1**

4897-9322-2234 v5

| | |
|---|---|
| NORTHWEST BANK, | ) IN THE COURT OF COMMON PLEAS OF |
| Plaintiff, | ) WARREN COUNTY, PENNSYLVANIA ) |
| v. | ) CIVIL ACTION – LAW |
| PINE GROVE AMBULATORY SURGICAL CENTER, LLC, | ) ) ) |
| Defendant. | ) NO. 535-2024 |

TO THE ABOVE DEFENDANT:

YOU ARE HEREBY NOTIFIED as required by law that a judgment has been entered against you in the amount of $1,327,136.85, plus interest at the contractual rate of 3% through November 30, 2024 and the contractual default rate of 6.0% per year from and after December 1, 2024, and costs at the above term and number on 12-9-24, 2024. You will find enclosed copies of all documents filed in this office in support of the Confession of Judgment.

CLERK OF RECORDS
PROTHONOTARY DIVISION

By: Jennifer L. Phillips
Deputy Clerk

If you have any questions regarding this Notice, please contact the filing party:

Name: Nicholas R. Pagliari, Esquire
Address: MacDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
Tel. No.: (814) 870-7754

(This Notice is given in accordance with Pa.R.C.P. 236.)

RECEIVED
DEC 11 2024
Warren County
Sheriff's Office
Warren, PA

**EXHIBIT D**

| | | |
|---|---|---|
| NORTHWEST BANK, | ) | IN THE COURT OF COMMON PLEAS OF |
| | ) | WARREN COUNTY, PENNSYLVANIA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION – LAW |
| | ) | |
| PINE GROVE AMBULATORY | ) | |
| SURGICAL CENTER, LLC, | ) | |
| | ) | |
| Defendant. | ) | NO. 536 |

TO THE ABOVE DEFENDANT:

YOU ARE HEREBY NOTIFIED as required by law that a judgment has been entered against you in the amount of $183,113.18, plus interest at interest at the contractual rate of 3.75% through November 30, 2024, plus interest at the contractual default rate of 6.75% per year from and after December 1, 2024, and costs at the above term and number on __12-9-24__, 2024. You will find enclosed copies of all documents filed in this office in support of the Confession of Judgment.

CLERK OF RECORDS
PROTHONOTARY DIVISION

By _/s/ Jennifer Phillips_
(Deputy Clerk)

If you have any questions regarding this Notice, please contact the filing party:

Name: Nicholas R. Pagliari, Esquire
Address: MacDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
Tel. No.: (814) 870-7754

(This Notice is given in accordance with Pa.R.C.P. 236.)

**EXHIBIT E**