# **EXHIBIT C-2**

4897-9322-2234 v5

```
13511705282025                  Warren County                              Page     1
      PYSPRT                  Civil Case Detail Report                      5/28/2025
```

Case No.......... 2024-80535  NORTHWEST BANK (vs) PINE GROVE AMBULATORY SURGICAL

| | |
|---|---|
| Reference No...... | Filed.......... 12/09/2024 |
| Case Type........ JUDGMENT CONFESSION | Time.......... 12:52 |
| Judgment.......... $1,327,136.85 | Execution Date. 0/00/0000 |
| Judge Assigned.... | Jury Trial..... |
| Disposed Desc..... | Disposed Date.. 0/00/0000 |
| ---------- Case Comments ---------- | Higher Crt 1... |
| | Higher Crt 2... |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

++ GENERAL INDEX ++

| Indexed Party | | Attorney Info |
|---|---|---|
| NORTHWEST BANK<br>  WARREN, PA 16365 | PLAINTIFF | PAGLIARI NICHOLAS R<br>  MACDONALD ILLIG ATTORNEYS<br>  100 STATE STREET SUITE 700<br>  ERIE, PA  16507 |
| PINE GROVE AMBULATORY SURGICAL<br>CENTER LLC<br>  RUSSELL, PA 16345 | DEFENDANT | |
| JTS CAPITAL 4 LLC<br>ASSIGNEE | PLAINTIFF | PAGLIARI NICHOLAS R<br>  MACDONALD ILLIG ATTORNEYS<br>  100 STATE STREET SUITE 700<br>  ERIE, PA  16507 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

++ JUDGEMENT INDEX ++

| Indexed Party | Amount | Date | Description |
|---|---|---|---|
| PINE GROVE AMBULATORY SURGICAL<br>CENTER LLC | $1,327,136.85 | 12/09/2024 | JUDGMENT-CONFESSION |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

++ DOCKET ENTRIES ++

| Date | Entry Text |
|---|---|
| | - - - - - - - - - - - FIRST ENTRY - - - - - - - - - - - - - - - - - |
| 12/09/2024 | JUDGMENT ENTERED BY CONFESSION IN THE AMOUNT OF 1,327,136.85 PLUS COSTS AND INTEREST AS FILED BY NICHOLAS PAGLIARI, ATTORNEY FOR PLAINTIFF. |
| 12/09/2024 | NOTICE OF ENTRY OF JUDGMENT MAILED TO DEFENDANT, COPY FILED. |
| 12/09/2024 | NOTICE OF ENTRY OF JUDGMENT FORWARDED TO SHERIFF FOR SERVICE. |
| 12/17/2024 | SHERIFF'S RETURN OF SERVICE OF COMPLAINT IN CONFESSION OF JUDGEMENT AND NOTICE OF JUDGMENT AND EXECUTION SERVED UPON PINE GROVE AMBULATORY SURGICAL CENTER, LLC, BY HANDING TO AND LEAVING WITH CHERY MORICI, MANAGER, AT PLACE OF BUSINESS, 10 TIMBERVIEW LANE, RUSSELL, PENNSYLVANIA ON DECEMBER 12, 2024 BY SHERIFF'S DEPUTY WILLIAM HENSEL.<br>              SO ANSWERS:/S/SCOTT NEISWONGER, SHERIFF<br>                        COSTS:$45.00 |
| 5/21/2025 | ASSIGNMENT OF JUDGMENT FROM NORTHWEST BANK TO JTS CAPITAL 4 LLC FILED BY NICHOLAS R PAGLIARI, ESQ. |
| | - - - - - - - - - - - - - LAST ENTRY - - - - - - - - - - - - - - - - |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

++ Escrow Information ++

| Cost / Fee | Beg. Balance | Pymts/Adjmts | End. Balance |
|---|---|---|---|
| JDMT/CONFESS | $12.00 | $12.00 | $.00 |
| TAX ON CONFESS | $.50 | $.50 | $.00 |
| DSB AUTO FEE | $5.00 | $5.00 | $.00 |
| JDMT/ASSIGNMENT | $8.00 | $8.00 | $.00 |
| | ------------ | ------------ | ------------ |
| | $25.50 | $25.50 | $.00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

                              End of Case Information

```
13513705282025              Warren County                       Page    1
     PYSPRT              Civil Case Detail Report                5/28/2025


Case No..........  2024-80536  NORTHWEST BANK (vs) PINE GROVE AMBULATORY SURGICAL

Reference No......                                      Filed..........  12/09/2024
Case Type.........  JUDGMENT CONFESSION                 Time...........      12:58
Judgment..........        $183,113.18                   Execution Date.   0/00/0000
Judge Assigned....                                      Jury Trial.....
Disposed Desc.....                                      Disposed Date..   0/00/0000
---------- Case Comments -----------                    Higher Crt 1...
                                                        Higher Crt 2...


********************************************************************************
                        ++ GENERAL INDEX ++
Indexed Party                                     Attorney Info
NORTHWEST BANK                    PLAINTIFF
  WARREN, PA 16365

PINE GROVE AMBULATORY SURGICAL    DEFENDANT
CENTER LLC
  RUSSELL, PA 16345

JTS CAPITAL 4 LLC                 PLAINTIFF        PAGLIARI NICHOLAS R
ASSIGNEE                                            MACDONALD ILLIG ATTORNEYS
                                                    100 STATE STREET SUITE 700
                                                    ERIE, PA  16507

********************************************************************************
                        ++ JUDGEMENT INDEX ++
Indexed Party                       Amount        Date         Description
PINE GROVE AMBULATORY SURGICAL   $183,113.18   12/09/2024   JUDGMENT-CONFESSION
CENTER LLC

********************************************************************************
                        ++ DOCKET ENTRIES ++
   Date        Entry Text
              - - - - - - - - - - - -  FIRST ENTRY  - - - - - - - - - - - - - -
12/09/2024    JUDGMENT ENTERED BY CONFESSION IN THE AMOUNT OF 183,113.18 PLUS
              COSTS AND INTEREST AS FILED BY NICHOLAS PAGLIARI, ATTORNEY FOR
              PLAINTIFF.
              ----------------------------------------------------------------
12/09/2024    NOTICE OF ENTRY OF JUDGMENT MAILED TO DEFENDANT, COPY FILED.
              ----------------------------------------------------------------
12/09/2024    NOTICE OF ENTRY OF JUDGMENT FORWARDED TO SHERIFF FOR SERVICE.
              ----------------------------------------------------------------
12/17/2024    SHERIFF'S RETURN OF SERVICE OF COMPLAINT IN CONFESSION OF JUDGEMENT
              AND NOTICE OF JUDGMENT AND EXECUTION SERVED UPON PINE GROVE
              AMBULATORY SURGICAL CENTER, LLC, BY HANDING TO AND LEAVING WITH
              CHERY MORICI, MANAGER, AT PLACE OF BUSINESS, 10 TIMBERVIEW LANE,
              RUSSELL, PENNSYLVANIA ON DECEMBER 12, 2024 BY SHERIFF'S DEPUTY
              WILLIAM HENSEL.
                        SO ANSWERS:/S/SCOTT NEISWONGER, SHERIFF
                                   COSTS:$45.00
              ----------------------------------------------------------------
 5/21/2025    ASSIGNMENT OF JUDGMENT FROM NORTHWEST BANK TO JTS CAPITAL 4 LLC
              FILED BY NICHOLAS R PAGLIARI, ESQ.
              - - - - - - - - - - - - -  LAST ENTRY  - - - - - - - - - - - - -

********************************************************************************
                        ++ Escrow Information ++
Cost / Fee         Beg. Balance      Pymts/Adjmts        End. Balance
JDMT/CONFESS            $12.00            $12.00              $.00
TAX ON CONFESS            $.50              $.50              $.00
DSB AUTO FEE             $5.00             $5.00              $.00
JDMT/ASSIGNMENT          $8.00             $8.00              $.00
                    ------------      ------------        ------------
                        $25.50            $25.50              $.00

********************************************************************************
                          End of Case Information
```