# **EXHIBIT D**

4897-9322-2234 v5

# Memorandum

## Subject: Pine Grove Ambulatory Surgical Center

Please note that the Seller has received notice that the Borrower plans to shut down on January 1, 2025 and the Seller has planned to initiate Foreclosure proceedings.

STREET ADDRESS, CITY, ST ZIP CODE
T TELEPHONE U WEBSITE