# **EXHIBIT E**

4897-9322-2234 v5



Usage Tracking                                                                      ×

Pine Grove Closing Memo.pdf

| Contact | Company | Action | Date |
|---------|---------|--------|------|
| Karsten Schattschneider | JTS Capital 3 LLC | Printed | 2024-12-17 12:42 PM |
| Karsten Schattschneider | JTS Capital 3 LLC | Printed | 2024-12-17 12:42 PM |
| Karsten Schattschneider | JTS Capital 3 LLC | Opened | 2024-12-17 12:33 PM |
| Karsten Schattschneider | JTS Capital 3 LLC | Opened | 2024-12-17 12:33 PM |
| buddy leigh | JTS Capital 3 LLC | Downloaded | 2024-12-17 11:51 AM |

Export to Excel    Close